**A. J. SIMLER**

v.

**SISTERS OF ST. FRANCIS,**
a Corporation.

No. 5036.

United States Court of Appeals,
Tenth Circuit.

Dec. 21, 1954.

James E. Grigsby, Phil E. Daugherty, Oklahoma City, Okl., and Conner, Hilpirt & Britton, Oklahoma City, Okl., for appellant.

J. B. Dudley and Fred E. Suits, Oklahoma City, Okl., for appellee.

Before PHILLIPS, Chief Judge, and KNOUS, District Judge.

PER CURIAM.

Appeal dismissed on motion of appellant.

---

**William Lawrence DE LOACH,**
Appellant,

v.

**UNITED STATES of America,**
Appellee.

No. 5057.

United States Court of Appeals,
Tenth Circuit.

March 28, 1955.

William Lawrence DeLoach, pro se.

Royce D. Sickler, Asst. U. S. Atty., Topeka, Kan. (William C. Farmer, U. S. Atty., Wichita, Kan., on the brief), for appellee.

Before PHILLIPS, Chief Judge, and

MURRAH and PICKETT, Circuit Judges.

PER CURIAM.

On authority of Wheatley v. United States, 10 Cir., 198 F.2d 325 and Mays v. United States, 10 Cir., 216 F.2d 186 the cause is remanded, with instructions to vacate the order of August 20, 1954, and to hear and determine the issues of fact raised by paragraphs numbered 11, 12, 13, 14, 15 and 16 on pages 2 and 3 of the motion filed August 18, 1954.

---

**A. J. SIMLER**

v.

**PHILLIPS PETROLEUM COMPANY,**
a Corporation, et al.

No. 5035.

United States Court of Appeals,
Tenth Circuit.

Dec. 21, 1954.

James E. Grigsby, Phil E. Daugherty, and Conner, Hilpirt & Britton, Oklahoma City, Okl., for appellant.

J. B. Dudley and Fred E. Suits, Oklahoma City, Okl., for appellees.

Rayburn L. Foster and Harry D. Turner, Bartlesville, Okl., and Cecil C. Hamilton, Oklahoma City, Okl., for appellee Phillips Petroleum Company.

Fenton & Fenton, Oklahoma City, Okl., for appellee United States Fidelity & Guaranty Company.

Before PHILLIPS, Chief Judge, and KNOUS, District Judge.

PER CURIAM.

Appeal dismissed on motion of appellant.